UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:10-3352-TURNOFF(~~SEALED~~)

UNITED STATES OF AMERICA,

      Plaintiff,

V.

ANTHONY MELLONE, ETAL


      Defendants.
                  /

**ORDER**


    **THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon,PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.


    **DONE AND ORDERED** at Miami, Florida this 6TH day of OCT. 2010.


                                    TED E. BANDSTRA
                                    **UNITED STATES MAGISTRATE JUDGE**


CC:    AUSA
        Defense Counsel