FBI 1972787

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED by _LAA_ D.C.

NOV 0 5 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

| United States of America | ) | |
| v. | ) | Case No. 10-3352-WCT |
| Anthony Mellone and Alex Parsinia | ) | |
| *Defendants.* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANTHONY MELLONE                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint

❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff(a); Title 17, Code of Federal Regulations, Section 240.10b-5

RECEIVED
S/FL
WARRANTS

Date:  9/28/10

_____
*Issuing officer's signature*

City and state:   Miami, Florida

William C. Turnoff, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  09-28-10  , and the person was arrested on *(date)*  10-06-10 |
| at *(city and state)*  North Miami Beach, FL by FBI |
| Date:  10-20-10          BY;  JOE GODSK, SDUSM, SD/FL |
| *Arresting officer's signature* |
| NEIL DESOUSA, ACTING U.S. MARSHAL, SD/FL |
| *Printed name and title* |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 10-3352-WCT

### BOND RECOMMENDATION

DEFENDANT: ANTHONY MELLONE

250,000 Corporate Surety

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:    RYAN DWIGHT O'QUINN

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):        Michael Sputo, Special Agent
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
Timothy J. Wright, Special Agent
Federal Bureau of Investigation