UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-3352-TURNOFF

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ANTHONY MELLONE,
        Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Christine O'Connor. Please direct any future inquiries, pleadings or correspondence to Ms. O'Connor on behalf of the Defendant Anthony Mellone.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY:   s/*Christine O'Connor*
       Christine O'Connor
       Assistant Federal Public Defender
       Florida Bar No. A5501358
       150 West Flagler Street
       Suite 1700
       Miami, Florida 33130-1556
       Tel: 305-530-7000/Fax: 305-536-4559
       E-Mail Address: Christine_O'connor@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on December 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 s/*Christine O'Connor*
Christine O'Connor

# SERVICE LIST
# UNITED STATES OF AMERICA V. ANTHONY MELLONE
# CASE NO. 10-3352-TURNOFF

## United States District Court, Southern District of Florida

Christine O'Connor, AFPD
Christine_O'Connor@fd.org
Federal Public Defender's Office
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Telephone: 305/530-7000
Facsimile: 305/536-4559
Attorney for Defendant
CM/ECF

Ryan Dwight O'Quinn
United States Attorney's Office
99 NE 4 Street, 4th Floor
Miami, FL 33132
Telephone: 305/961-9145
Facsimile: 305/530-6168
Email: ryan.oquinn@usdoj.gov

CM/ECF

J:\Mellone, Anthony Reg94597-004\Pleadings\NOTICE OF ASSIGNMENT.wpd